# BELDOCK LEVINE & HOFFMAN LLP
### 99 PARK AVENUE, PH/26TH FLOOR
### NEW YORK, N.Y. 10016-1601

CYNTHIA ROLLINGS
JONATHAN MOORE*△
KAREN L. DIPPOLD
JONATHAN K. POLLACK
HENRY A. DLUGACZ
STEPHEN J. BLUMERT◊
MARC A. CANNAN

COUNSEL
BRUCE E. TRAUNER
PETER S. MATORIN
MARJORY D. FIELDS
JOSHUA S. MOSKOVITZ
EMILY JANE GOODMAN
  (JUSTICE, NYS SUPREME COURT, RET.)
FRANK HANDELMAN

TEL: (212) 490-0400
FAX: (212) 277-5880
WEBSITE: blhny.com

MYRON BELDOCK (1929-2016)
LAWRENCE S. LEVINE (1934-2004)
ELLIOT L. HOFFMAN (1929-2016)

ALSO ADMITTED IN:
*CALIFORNIA
△ILLINOIS
◊NEW JERSEY

REF:

WRITER'S DIRECT DIAL:

**VIA ECF ONLY**

June 23, 2017

Hon. Laura Taylor Swain
United States District Judge
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

   **Re:** *Cordova, Erik v. The City of New York, et al.*
     <u>**Index No. 17-CV-2349 (LTS)(SN)**</u>

Dear Honorable Judge Swain:

  My office represents Mr. Cordova in the above-referenced action. I write to request the Court refer this case to the assigned magistrate, Hon. Sarah Netburn, for a settlement conference. Defendants consent to this application.

  As you know, because Mr. Cordova brought claims against NYPD officers under 42 U.S.C. § 1983, this case was automatically assigned to participate in the Court's Plan for Certain § 1983 Cases Against the City of New York ("1983 Plan"), which was "designed to expedite resolution of cases, such as this, for false arrest [ ]." <u>See</u> <u>Leslie v. City of New York</u>, 12-CV-849 (KBF), 2012 WL 1744842, at *1 (S.D.N.Y. May 15, 2012). The § 1983 Plan contemplates limited discovery and early settlement negotiations, first privately between the parties then later with a mediator or assigned magistrate. <u>See</u> Local Civil Rule 83.10 (§ 1983 Plan), Parts 4(a)(i) and 8 (describing procedure for scheduling a mediation session or settlement conference).

Hon. Laura Taylor Swain
June 23, 2017
Page 2

      The 1983 Plan expressly provides the parties may request the Court refer the case to a magistrate judge for settlement purposes. See Local Civil Rule 83.10 Part 4(a)(i). To be clear plaintiff is not moving to be removed from the Plan, therefore a settlement conference would be most advantageous after the Plan dates and activities have been completed.  Accordingly, Mr. Cordova respectfully requests the Court refer this matter to Magistrate Netburn for settlement purposes.

      Plaintiff thanks the Court for its time and consideration.

                                                Respectfully submitted,

                                                Gillian Cassell-Stiga